### RICHARDSON v. PERRIN.

ATKINSON, J. G. G. Perrin entered into a written contract with Louis L. Richardson, agreeing to lease him for a term of years lands described as follows: "All that part of lands on the public road leading to Elberton from Carpenter's Mill at a certain piece of woods just south of C. W. Morris' home, thence running a westerly direction to the pasture-fence on west side of pasture, and then following the line a southerly direction and back to the public road, and then down said road to the beginning point. All of the cultivable land within the above enclosure." The contract also contained a stipulation which in effect granted to Richardson an option to buy "200 acres on the upper end of the above lands." Richardson elected to buy in terms of his option, and tendered the purchase-money, and demanded a deed, which being refused, he instituted suit for specific performance. The petition was dismissed on general demurrer. *Held*, that the writing was too indefinite, in matters of description relative to the land to be sold, to form the basis of a suit for specific performance; and there was no error in dismissing the petition. See, on the general subject, *Harper* v. *Kellar*, 110 *Ga.* 420 (35 S. E. 667); *Crosby* v. *Mc-Graw*, ante, 560 (66 S. E. 897); *Tippins* v. *Phillips*, 123 *Ga.* 415 (51 S. E. 410); *Douglass* v. *Bunn*, 110 *Ga.* 159 (35 S. E. 339); *Gatins* v. *Angier*, 104 *Ga.* 386 (30 S. E. 876); *Singleton* v. *Close*, 130 *Ga.* 717 (61 S. E. 722).          *Judgment affirmed. All the Justices concur.*

Argued June 23, 1909.—Decided January 11, 1910.

Equitable petition. Before Judge Worley. Elbert superior court. September 14, 1908.

*George C. Grogan,* for plaintiff.      *Samuel L. Olive,* for defendant.

---

### TEASLEY, guardian, v. VICKERY, by next friend.

ATKINSON, J. Where an application was made to revoke letters of guardianship, and the guardian filed objections thereto, and the court of ordinary rendered a decision revoking such letters, an appeal will lie from such decision to the superior court, though no issue of fact be involved. Civil Code, § 4454; *Maloy* v. *Maloy*, 131 *Ga.* 579 (62 S. E. 991); *Comer* v. *Ross*, 100 *Ga.* 652 (28 S. E. 97).
         *Judgment reversed. All the Justices concur.*

Submitted June 23, 1909.—Decided January 11, 1910.

Appeal. Before Judge Worley. Hart superior court. September 25, 1908.

*A. A. McCurry,* for plaintiff in error.

*W. L. Hodges* and *A. S. Richardson,* contra.